## O'CONNOR *v.* THE STATE.

From the Jasper Circuit Court.

*R. Gregory, D. Turpie,* and *H. D. Pierce,* for appellant.

*J. C. Denny,* Attorney General, for the State.

BUSKIRK, J.—This case is, in its facts and legal aspects, the same as *O'Connor* v. *The State, ante,* p. 347, and the ruling is the same.

The judgment is reversed; and the cause is remanded, for a new trial.